# JOSEPH V. NEILL
### ATTORNEY AT LAW
### 5201 HAMPTON AVENUE
### ST. LOUIS, MO 63109

TELEPHONE (314) 353-1001
FACSIMILE (314) 353-0181
neill5300@aol.com

September 18, 2012

Circuit Court Clerk
Civil Courts Building
Division Number 1
10 North Tucker Blvd.
St. Louis, Missouri 63101

Re: Susan Vigus, et al.
    v. Caribbean Cruise Line, Inc.
    Cause No. 1222-CC09554

Dear Sir or Mdam:

   Enclosed please find Return of Service of Summons with respect to Defendants, Caribbean Cruise Line, Inc. and The Berkley Group, Inc. in the above matter. Please file accordingly.

   Thank you.

                                    Very truly yours,

                                    Joseph V. Neill

JVN:dn
Enclosure

**EXHIBIT**
C
A Notice of Removal

**BROWARD COUNTY SHERIFF'S OFFICE**
P.O. BOX 9507   FORT LAUDERDALE, FLORIDA 33310

**RETURN OF SERVICE**

| Assignment: 10332 | Service Sheet # | 12-048436 |
|---|---|---|
| VIGUS, SUSAN vs. CARIBBEAN CRUISE LINE INC, ET AL | | 1222-CC09554 |
| PLAINTIFF | VS. | DEFENDANT    CASE |
| SUM/PETITION/OS | CIRCUIT/ | |
| TYPE OF WRIT | COURT | HEARING DATE |
| THE BERKLEY GROUP INC | SERVE 3015 N OCEAN BLVD FORT LAUDERDALE, FL 33308 | |

Received this process on 9/11/2012

400396
NEILL, JOSEPH V.
5201 HAMPTON AVENUE
ST. LOUIS, MO 63109

☒ Served
☐ Not Served – see comments

Date: 9/12/12   Time: 1344

16042   Attorney

THE BERKLEY GROUP INC _____, in Broward County, Florida, by serving the within named person a true copy of the writ, with the date and time of service endorsed thereon by me, and a copy of the complaint, petition, or initial pleading, by the following method:

☐ **INDIVIDUAL SERVICE**

**SUBSTITUTE SERVICE:**
☐ At the defendant's usual place of abode on "any person residing therein who is 15 years of age or older", to wit: _____, in accordance with F.S. 48.031(1)(a)
☐ To _____, the defendant's spouse, at _____ in accordance with F.S. 48.031(2)(a)
☐ To _____, the person in charge of the defendant's business in accordance with F.S. 48.031(2)(b), after two or more attempts to serve the defendant have been made at the place of business

**CORPORATE SERVICE:**
☐ To _____, holding the following position of said corporation _____ in the absence of any superior officer in accordance with F.S. 48.081
☒ To Lili, an employee of defendant corporation in accordance with F.S. 48.081(3)
☐ To _____, as resident agent of said corporation in accordance with F.S. 48.091

☐ **PARTNERSHIP SERVICE:** To _____, partner, or to _____, designated employee or person in charge of partnership, in accordance with F.S. 48.061(1)

☐ **POSTED RESIDENTIAL:** By attaching a true copy to a conspicuous place on the property described in the complaint or summons. Neither the tenant nor a person residing therein 15 years of age or older could be found at the defendant's usual place of abode in accordance with F.S. 48.183
1st attempt date/time: _____   2nd attempt date/time: _____

☐ **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property in accordance with F.S. 48.183
1st attempt date/time: _____   2nd attempt date/time: _____

☐ **OTHER RETURNS:** See comments

COMMENTS: W/F, 5'5, 135, BLK HAIR, 40's

You can now check the status of your writ by visiting the Broward Sheriff's Office Website at www.sheriff.org and clicking on the icon "Service Inquiry"

AL LAMBERTI, SHERIFF
BROWARD COUNTY, FLORIDA

BY _____ /0552 _____ D.S.
P. Kathy

ORIGINAL

ST. LOUIS , MO 63109

☐ Not Served – see comments

_____ at _____
Date                  Time

16042          Attorney

THE BERKLEY GROUP INC _____, in Broward County, Florida, by serving the within named person a true copy of the writ, with the date and time of service endorsed thereon, by me, and a copy of the complaint, petition, or initial pleading, by the following method:

☐ **INDIVIDUAL SERVICE**

**SUBSTITUTE SERVICE:**

☐ At the defendant's usual place of abode on "any person residing therein who is 15 years of age or older", to wit:
_____, in accordance with F.S. 48.031(1)(a)

☐ To _____, the defendant's spouse, at _____ in accordance with F.S. 48.031(2)(a)

☐ To _____, the person in charge of the defendant's business in accordance with F.S. 48.031(2)(b), after two or more attempts to serve the defendant have been made at the place of business

**CORPORATE SERVICE:**

☐ To _____, holding the following position of said corporation _____ in the absence of any superior officer in accordance with F.S. 48.081

☒ To __Lili_____, an employee of defendant corporation in accordance with F.S. 48.081(3)

☐ To _____, as resident agent of said corporation in accordance with F.S. 48.091

☐ **PARTNERSHIP SERVICE:** To _____, partner, or to _____, designated employee or person in charge of partnership, in accordance with F.S. 48.061(1)

☐ **POSTED RESIDENTIAL:** By attaching a true copy to a conspicuous place on the property described in the complaint or summons. Neither the tenant nor a person residing therein 15 years of age or older could be found at the defendant's usual place of abode in accordance with F.S. 48.183

1st attempt date/time: _____     2nd attempt date/time: _____

☐ **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property in accordance with F.S. 48.183

1st attempt date/time: _____     2nd attempt date/time: _____

☐ **OTHER RETURNS:** See comments

COMMENTS: __W/F, 55, 135, BLK HAIR, 40's__

You can now check the status of your writ by visiting the Broward Sheriff's Office Website at www.sheriff.org and clicking on the icon "Service Inquiry"

AL LAMBERTI, SHERIFF
BROWARD COUNTY, FLORIDA

BY _____ D.S.
   10352
   R. Kelly

ORIGINAL

| RECEIPT INFORMATION | EXECUTION COSTS | DEMAND/LEVY INFORMATION |
|---|---|---|
| RECEIPT #: 12-046436 | DOCKET & INDEX: $0.00 | JUDGMENT DATE: 00/00/0000 |
| CHECK #: 6908 | LEVYING: $0.00 | JUDGMENT AMT.: $0.00 |
| SVC FEE: $150.00 | ADVERTISING: | INTEREST PERCENT: 0% |
| SUS FEE: $0.00 | HOLDING SALE: | INTEREST AMOUNT: $0.00 |
| QUANTITY: | POSTAGE: $0.00 | SHERIFF'S COST: $150.00 |
| ORIG: 3 | BILL OF SALE: | TOTAL AMOUNT: $150.00 |
| SVCS: 3 | TOTAL: $150.00 | |

BSO# C1 (REV.2/2008)



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>STEVEN RUSSELL OHMER | Case Number: 1222-CC09554 |
| Plaintiff/Petitioner:<br>SUSAN VIGUS<br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JOSEPH V NEILL<br>5201 HAMPTON AVE<br>ST. LOUIS, MO 63109 |
| Defendant/Respondent:<br>CARIBBEAN CRUISE LINE INC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: THE BERKLEY GROUP INC
Alias:
3015 N OCEAN BLVD
FORT LAUDERDALE, FL 33308

BROWARD COUNTY

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**CITY OF ST LOUIS**

August 29, 2012                     M. Jane Schweitzer
      Date                              Circuit Clerk
Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _Deputy Sheriff_ of _Broward_ County, _Florida_ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
   _The Berkley Group Inc - LiLi_ (name) _employee_ (title).
   ☐ other (describe) _____
Served at _3015 N Ocean Blvd., Fort Lauderdale, Fl 33308_ (address)
in _Broward_ County, _Florida_ (state), on _9-12-2012_ (date) at _1:44 Pm_ (time).

_RORAY KHAN_                              _[signature]_
Printed Name of Sheriff or Server         Signature of Sheriff or Server

Subscribed and Sworn To me before this _14_ (day) _September_ (month) _2012_ (year)

NOTARY PUBLIC-STATE OF FLORIDA (check one)
Frances Rhodes
Commission # EE016000
Expires: AUG. 10, 2014
BONDED THRU ATLANTIC BONDING CO., INC.

☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☑ authorized to administer oaths in the state in which the affiant served the above summons.
   (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

_Rhodes Notary Public_
Signature and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $ 50.00 |
| Non Est | $ 0 |
| Mileage | $ 0 ( ____ miles @ $ ____ per mile) |
| Total | $ 50.00 |

See the following page for directions to clerk and to officer making return on service of summons.

ENTERED
SEP 28 2012

## Directions to Clerk

Personal service outside the State of Missouri is permitted only upon certain conditions set forth in Rule 54. The clerk should insert in the summons the names of only the Defendant/Respondent or Defendants/Respondents who are to be personally served by the officer to whom the summons is delivered. The summons should be signed by the clerk or deputy clerk under the seal of the court and a copy of the summons and a copy of the petition for each Defendant/Respondent should be mailed along with the original summons to the officer who is to make service. The copy of the summons may be a carbon or other copy and should be signed and sealed in the same manner as the original but it is unnecessary to certify that the copy is a true copy. The copy of the motion may be a carbon or other copy and should be securely attached to the copy of the summons but need not be certified a true copy. If the Plaintiff's/Petitioner has no attorney, the Plaintiff's/Petitioner's address and telephone number should be stated in the appropriate square on the summons. This form is not for use in attachment actions. (See Rule 54.06, 54.07 and 54.14)

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

ST. LOUIS, MO 63109

☐ Not Served – see comments

| 16042 | Attorney | 9/12/2012 | at | 10/0 |
|---|---|---|---|---|
| | | Date | | Time |

CARIBBEAN CRUISE LINE INC _____, in Broward County, Florida, by serving the within named person a true copy of the writ, with the date and time of service endorsed thereon, by me, and a copy of the complaint, petition, or initial pleading, by the following method:

☐ **INDIVIDUAL SERVICE**

**SUBSTITUTE SERVICE:**
☐ At the defendant's usual place of abode on "any person residing therein who is 15 years of age or older", to wit:
_____, in accordance with F.S. 48.031(1)(a)

☐ To _____, the defendant's spouse, at _____ in accordance with F.S. 48.031(2)(a)

☐ To _____, the person in charge of the defendant's business in accordance with F.S. 48.031(2)(b), after two or more attempts to serve the defendant have been made at the place of business

**CORPORATE SERVICE:**
☐ To _____, holding the following position of said corporation _____ in the absence of any superior officer in accordance with F.S. 48.081

☒ To GINA JOHNS _____, an employee of defendant corporation in accordance with F.S. 48.081(3)

☐ To _____, as resident agent of said corporation in accordance with F.S. 48.091

☐ **PARTNERSHIP SERVICE:** To _____, partner, or to _____, designated employee or person in charge of partnership, in accordance with F.S. 48.061(1)

☐ **POSTED RESIDENTIAL:** By attaching a true copy to a conspicuous place on the property described in the complaint or summons. Neither the tenant nor a person residing therein 15 years of age or older could be found at the defendant's usual place of abode in accordance with F.S. 48.183

1st attempt date/time: _____      2nd attempt date/time: _____

☐ **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property in accordance with F.S. 48.183

1st attempt date/time: _____      2nd attempt date/time: _____

☐ **OTHER RETURNS:** See comments

COMMENTS: 9/12/2012 AT 1010 Served GINA JOHNS W/E Blk hair 5-4 Age 40 Long Brown hair

You can now check the status of your writ by visiting the Broward Sheriff's Office Website at www.sheriff.org and clicking on the icon "Service Inquiry"

AL LAMBERTI, SHERIFF
BROWARD COUNTY, FLORIDA

BY: Joe Penndot 14932 D.S.
Penendot
ORIGINAL

| RECEIPT INFORMATION | EXECUTION COSTS | DEMAND/LEVY INFORMATION |
|---|---|---|
| RECEIPT #: 12-046438 | DOCKET & INDEX: $0.00 | JUDGMENT DATE: 00/00/0000 |
| CHECK #: 6908 | LEVYING: $0.00 | JUDGMENT AMT.: $0.00 |
| SVC FEE: $150.00 | ADVERTISING: | INTEREST PERCENT: 0% |
| SUS FEE: $0.00 | HOLDING SALE: | INTEREST AMOUNT: $0.00 |
| QUANTITY: | POSTAGE: $0.00 | SHERIFF'S COST: $150.00 |
| ORIG: 3 | BILL OF SALE: | TOTAL AMOUNT: $150.00 |
| SVCS: 3 | TOTAL: $150.00 | |

BSO# C1 (REV.2/2008)

**BROWARD COUNTY SHERIFF'S OFFICE**
P.O. BOX 9507  FORT LAUDERDALE, FLORIDA 33310

**RETURN OF SERVICE**

Assignment: **7626**

Service Sheet #: **12-046436**

**VIGUS, SUSAN** vs. **CARIBBEAN CRUISE LINE INC, ET AL**      **1222-CC09554**
PLAINTIFF      VS.      DEFENDANT      CASE

**SUM/PETITION/OS**            **CIRCUIT/**
TYPE OF WRIT      COURT      HEARING DATE

**CARIBBEAN CRUISE LINE INC**      SERVE **2419 E COMMERCIAL BLVD #STE 100 FORT LAUDERDALE, FL 33308**

Received this process on **9/11/2012**

400396
NEILL, JOSEPH V.
5201 HAMPTON AVENUE
ST. LOUIS, MO 63109

☐ Served
☐ Not Served – see comments

**9/12/2012** at **1010**
Date      Time

16042 Attorney
**CARIBBEAN CRUISE LINE INC** _____, in Broward County, Florida, by serving the within named person a true copy of the writ, with the date and time of service endorsed thereon, by me, and a copy of the complaint, petition, or initial pleading, by the following method:

☐ **INDIVIDUAL SERVICE**

**SUBSTITUTE SERVICE:**
☐ At the defendant's usual place of abode on "any person residing therein who is 15 years of age or older", to wit: _____, in accordance with F.S. 48.031(1)(a)

☐ To _____, the defendant's spouse, at _____ in accordance with F.S. 48.031(2)(a)

☐ To _____, the person in charge of the defendant's business in accordance with F.S. 48.031(2)(b), after two or more attempts to serve the defendant have been made at the place of business

**CORPORATE SERVICE:**
☐ To _____, holding the following position of said corporation _____ in the absence of any superior officer in accordance with F.S. 48.081

☒ To **GINA JOHNS**, an employee of defendant corporation in accordance with F.S. 48.081(3)

☐ To _____, as resident agent of said corporation in accordance with F.S. 48.091

☐ **PARTNERSHIP SERVICE:** To _____, partner, or to _____, designated employee or person in charge of partnership, in accordance with F.S. 48.061(1)

☐ **POSTED RESIDENTIAL:** By attaching a true copy to a conspicuous place on the property described in the complaint or summons. Neither the tenant nor a person residing therein 15 years of age or older could be found at the defendant's usual place of abode in accordance with F.S. 48.183

1st attempt date/time: _____      2nd attempt date/time: _____

☐ **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property in accordance with F.S. 48.183

1st attempt date/time: _____      2nd attempt date/time: _____

☐ **OTHER RETURNS:** See comments

COMMENTS: **9/12/2012 AT 1010 Served GINA JOHNS W/F BLK HAIR 5-4 Age 40 Long Brown Hair**

You can now check the status of your writ by visiting the Broward Sheriff's Office Website at www.sheriff.org and clicking on the icon "Service Inquiry"

AL LAMBERTI, SHERIFF
BROWARD COUNTY, FLORIDA

BY: **Joe Penrdot 14932** D.S.
Penrdot

ORIGINAL



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>STEVEN RUSSELL OHMER | Case Number: 1222-CC09554 |
|---|---|
| Plaintiff's/Petitioner:<br>SUSAN VIGUS<br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JOSEPH V NEILL<br>5201 HAMPTON AVE<br>ST. LOUIS, MO  63109 |
| Defendant/Respondent:<br>CARIBBEAN CRUISE LINE INC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | |

(Date File Stamp)

RECEIVED SHERIFF BROWARD COUNTY FLORIDA 2012 SEP 11 AM 8:50

## Summons for Personal Service Outside the State of Missouri
(Except Attachment Action)

The State of Missouri to: CARIBBEAN CRUISE LINE INC
Alias:
2419 EAST COMMERCIAL BLVD
STE 100
FORT LAUDERDALE, FL 33308

BROWARD COUNTY

**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

_M. Jane Schweitzer_

August 29, 2012                    M. Jane Schweitzer
Date                                Circuit Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is  __CIVIL DEPUTY__  of  __BROWARD__  County, __FLORIDA__ (state).
3. I have served the above summons by: (check one)
   - [ ] delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   - [ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years.
   - [x] (for service on a corporation) delivering a copy of the summons and a copy of the petition to __GINA JOHNS__ (name) __EMPLOYEE__ (title).
   - [ ] other (describe) _____

Served at __2419 E COMMERCIAL BLVD STE #100 FT. LAUDERDALE FLORIDA__ (address)
in __BROWARD__ County, __FLORIDA__ (state), on __9/12/2012__ (date) at __10:10 AM__ (time).
__JOSE PENEDO__                          _Jose Penedo 14TH_
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Subscribed and Sworn To me before this __12__ (day) __September__ (month) __2012__ (year)

I am: (check one)
- [ ] the clerk of the court of which affiant is an officer.
- [ ] the judge of the court of which affiant is an officer.
- [x] authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
- [ ] authorized to administer oaths. (use for court-appointed server)

NOTARY PUBLIC-STATE OF FLORIDA
Frances Rhodes
Commission # EE016000
Expires: AUG. 10, 2014
BONDED THRU ATLANTIC BONDING CO., INC.

_Rhodes  Notary Public_
Signature and Title

**Service Fees, if applicable**
Summons     $ 50.00
Non Est     $  ∅
Mileage     $  ∅  ( ∅ miles @ $ ∅ per mile)
Total       $ 50.00

ENTERED SEP 20 2012 AL

See the following page for directions to clerk and to officer making return on service of summons.

## Directions to Clerk

Personal service outside the State of Missouri is permitted only upon certain conditions set forth in Rule 54. The clerk should insert in the summons the names of only the Defendant/Respondent or Defendants/Respondents who are to be personally served by the officer to whom the summons is delivered. The summons should be signed by the clerk or deputy clerk under the seal of the court and a copy of the summons and a copy of the petition for each Defendant/Respondent should be mailed along with the original summons to the officer who is to make service. The copy of the summons may be a carbon or other copy and should be signed and sealed in the same manner as the original but it is unnecessary to certify that the copy is a true copy. The copy of the motion may be a carbon or other copy and should be securely attached to the copy of the summons but need not be certified a true copy. If the Plaintiff's/Petitioner has no attorney, the Plaintiff's/Petitioner's address and telephone number should be stated in the appropriate square on the summons. This form is not for use in attachment actions. (See Rule 54.06, 54.07 and 54.14)

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>STEVEN RUSSELL OHMER | Case Number: 1222-CC09554 | |
|---|---|---|
| Plaintiff/Petitioner:<br>SUSAN VIGUS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JOSEPH V NEILL<br>5201 HAMPTON AVE<br>ST. LOUIS, MO  63109 | |
| Defendant/Respondent:<br>CARIBBEAN CRUISE LINE INC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Other Miscellaneous Actions | | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

**The State of Missouri to:** ROBERT P MITCHELL
   **Alias:**
3015 N OCEAN BLVD                                                              BROWARD COUNTY
FORT LAUDERDALE, FL 33308

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**CITY OF ST LOUIS**

August 29, 2012                                         M. Jane Schweitzer
Date                                                    Circuit Clerk
Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____-_____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
   _____ (name) _____ (title).
   ☐ other (describe) _____.
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____                              _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                    ☐ the judge of the court of which affiant is an officer.
                    ☐ authorized to administer oaths in the state in which the affiant served the above summons.
                       (use for out-of-state officer)
(Seal)              ☐ authorized to administer oaths. (use for court-appointed server)

                                                     _____
                                                     Signature and Title

**Service Fees, if applicable**
Summons    $ _____
Non Est    $ _____
Mileage    $ _____  ( _____ miles @ $ _____ per mile)
Total      $ _____
See the following page for directions to clerk and to officer making return on service of summons.



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>STEVEN RUSSELL OHMER | Case Number: 1222-CC09554 | |
|---|---|---|
| Plaintiff/Petitioner:<br>SUSAN VIGUS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JOSEPH V NEILL<br>5201 HAMPTON AVE<br>ST. LOUIS, MO  63109 | |
| Defendant/Respondent:<br>CARIBBEAN CRUISE LINE INC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Other Miscellaneous Actions | | |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

  The State of Missouri to:   THE BERKLEY GROUP INC
                              Alias:
3015 N OCEAN BLVD                                                           BROWARD COUNTY
FORT LAUDERDALE, FL  33308

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**CITY OF ST LOUIS**

                August 29, 2012                                  M. Jane Schweitzer
                    Date                                           Circuit Clerk
              Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
    ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
    ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years.
    ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
    _____ (name) _____ (title).
    ☐ other (describe) _____.
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server       Signature of Sheriff or Server

    **Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
    I am: (check one)   ☐ the clerk of the court of which affiant is an officer.
                        ☐ the judge of the court of which affiant is an officer.
                        ☐ authorized to administer oaths in the state in which the affiant served the above summons.
(Seal)                      (use for out-of-state officer)
                        ☐ authorized to administer oaths. (use for court-appointed server)

                                                    _____
                                                    Signature and Title

**Service Fees, if applicable**
Summons    $_____
Non Est    $_____
Mileage    $_____ ( _____ miles @ $_____ per mile)
Total      $_____
             See the following page for directions to clerk and to officer making return on service of summons.



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>STEVEN RUSSELL OHMER | Case Number: 1222-CC09554 |
| Plaintiff/Petitioner:<br>SUSAN VIGUS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JOSEPH V NEILL<br>5201 HAMPTON AVE<br>ST. LOUIS, MO  63109 |
| Defendant/Respondent:<br>CARIBBEAN CRUISE LINE INC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   CARIBBEAN CRUISE LINE INC
                            Alias:
2419 EAST COMMERCIAL BLVD                                                BROWARD COUNTY
STE 100
FORT LAUDERDALE, FL  33308

COURT SEAL OF

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

August 29, 2012                              M. Jane Schweitzer
      Date                                       Circuit Clerk
Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other (describe) _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Subscribed and Sworn To me before this _____ (day) _____ (month) _____ (year)
I am: (check one)   ☐ the clerk of the court of which affiant is an officer.
                    ☐ the judge of the court of which affiant is an officer.
                    ☐ authorized to administer oaths in the state in which the affiant served the above summons.
(Seal)                 (use for out-of-state officer)
                    ☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

Service Fees, if applicable
Summons    $_____
Non Est    $_____
Mileage    $_____ (_____ miles @ $_____ per mile)
Total      $_____
See the following page for directions to clerk and to officer making return on service of summons.



Search for Cases by: Select Search Method...

| Judicial Links | eFiling | Help | Contact Us | Print |

**1222-CC09554 - SUSAN VIRGUS ET AL V CARIBBEAN CRUISE LINE ET AL**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

Sort Date Entries: ⦿ Descending ◯ Ascending   Display Options: All Entries

---

**9/20/2012**  **Corporation Served**
Document ID - 12-SMOS-3546; Served To - CARIBBEAN CRUISE LINE INC; Server - ; Served Date - 12-SEP-12; Served Time - 10:10:00; Service Type - Sheriff Department; Reason Description - Served

**Corporation Served**
Document ID - 12-SMOS-3547; Served To - THE BERKLEY GROUP INC; Server - ; Served Date - 12-SEP-12; Served Time - 13:44:00; Service Type - Sheriff Department; Reason Description - Served

**8/29/2012**  **Summons Issued-Circuit**
Document ID: 12-SMOS-3548, for MITCHELL, ROBERT P.

**Summons Issued-Circuit**
Document ID: 12-SMOS-3547, for THE BERKLEY GROUP INC.

**Summons Issued-Circuit**
Document ID: 12-SMOS-3546, for CARIBBEAN CRUISE LINE INC.

**8/24/2012**  **Judge Assigned**

**8/23/2012**  **Pet Filed in Circuit Ct**

---

Case.net Version 5.12.1.1.1       Return to Top of Page       Released 08/06/2



Search for Cases by: Select Search Method...

idicial Links | eFiling | Help | Contact Us | Print                                    Log

**1222-CC09554 - SUSAN VIRGUS ET AL V CARIBBEAN CRUISE LINE ET AL**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record. Further information may be available in the docket entries portion of Case.net. Because service of process may establish legal obligations, you may want to examine the original case file in the clerk's office.

Displaying **1** thru **2** of **3** service records returned for case **1222-CC09554**.

1 2

### Issuance

**Issued To:** CARIBBEAN CRUISE LINE INC  
**Document Issued:** Summons Outside St-To Dft-Res  
**Document ID:** 12-SMOS-3546  

**Date Issued:** 08/29/2012  
**Due Date:** 09/28/2012  

### Return

**Type Of Service:** Corporation Served  

**Service/Attempt Date:** 09/12/2012  

**Served To:** CARIBBEAN CRUISE LINE INC  
2419 EAST COMMERCIAL BLVD  
STE 100  
FORT LAUDERDALE, FL 33308  

### Issuance

**Issued To:** THE BERKLEY GROUP INC  
**Document Issued:** Summons Outside St-To Dft-Res  
**Document ID:** 12-SMOS-3547  

**Date Issued:** 08/29/2012  
**Due Date:** 09/28/2012  

### Return

**Type Of Service:** Corporation Served  

**Service/Attempt Date:** 09/12/2012  

**Served To:** THE BERKLEY GROUP INC  
3015 N OCEAN BLVD  
FORT LAUDERDALE, FL 33308  

Displaying **1** thru **2** of **3** service records returned for case **1222-CC09554**.

1 2

ase.net Version 5.12.1.1.1                Return to Top of Page                Released 08/06/2



Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print                         Log

**1222-CC09554 - SUSAN VIRGUS ET AL V CARIBBEAN CRUISE LINE ET AL**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record. Further information may be available in the docket entries portion of Case.net. Because service of process may establish legal obligations, you may want to examine the original case file in the clerk's office.

Displaying **3** thru **3** of **3** service records returned for case **1222-CC09554**.

1 2

### Issuance

**Issued To:** MITCHELL , ROBERT P
**Document Issued:** Summons Outside St-To Dft-Res
**Document ID:** 12-SMOS-3548

**Date Issued:** 08/29/2012
**Due Date:** 09/28/2012

### Return (Information not yet on file)

Displaying **3** thru **3** of **3** service records returned for case **1222-CC09554**.

1 2